IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DONALD WINNETT
ADC #139544                                                                              PLAINTIFF

v.                                    No. 3:25-cv-44-DPM

WELL-PATH, Medical, Grimes Unit; and
L.G. TEAGUE, Administrative Medical
Director, Well-Path, Grimes Unit                                              DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Winnett is a three-striker. Before filing this lawsuit, he had at least three cases dismissed for failing to state a claim. *E.g.*, *Winnett v. Arnold*, No. 4:10-cv-531-JLH; *Winnett v. Burl*, No. 2:12-cv-21-JLH; and *Winnett v. Felts*, No. 4:24-cv-1032-DPM. And nothing in his complaint, *Doc. 2*, suggests he's currently in imminent danger of serious physical injury. 28 U.S.C. § 1915(g).

3. Winnett hasn't paid the $405 filing and administrative fee, and the time to do so has passed. *Doc. 3 at 3*. His complaint will therefore be dismissed without prejudice. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

<u>21 April 2025</u>

-2-