IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DONALD WINNETT
ADC #139544                                                              PLAINTIFF

v.                          No. 3:25-cv-44-DPM

WELL-PATH, Medical, Grimes Unit;  and
L.G. TEAGUE, Administrative Medical
Director, Well-Path, Grimes Unit                                     DEFENDANTS

## JUDGMENT

Winnett's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 April 2025